UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION AT COLUMBUS

| | | |
|---|---|---|
| TYRICE HILL, | : | Case No. 2:23-cv-912 |
| | : | |
| Plaintiff, | : | |
| | : | |
| vs. | : | Judge Edmund A. Sargus, Jr. |
| | : | Magistrate Judge Karen L. Litkovitz |
| | : | |
| ANNETTE CHAMBERS-SMITH, | : | |
| | : | |
| Defendant. | : | |

## REPORT AND RECOMMENDATION

Plaintiff, a state prisoner proceeding without the assistance of counsel, recently submitted an Application to proceed *in forma pauperis* and a civil rights Complaint to this Court. (Doc. 1; Doc. 1-1). On March 20, 2023, the Undersigned recommended that the Court deny the Application and order Plaintiff to pay the full filing fee. (Doc. 2). Plaintiff then filed a "Motion to Dismiss Complaint," explaining that he has included the claims raised in this Complaint in an amended complaint filed in a separate case, *Tyrice Hill v. Annette Chambers-Smith,* No. 2:22-cv-3742 (S.D. Ohio). (Doc. 3). He asks the Court to dismiss this case, No. 2:23-cv-912, without prejudice. (*Id.*).

Rule 41(a)(2) of the Federal Rules of Civil Procedure provides that the Court may dismiss an action "at the plaintiff's request . . . on terms that the court considers proper." Pursuant to that rule, the Undersigned **RECOMMENDS** that the Court **GRANT** Plaintiff's motion to dismiss (Doc. 3) and **DISMISS** this action without prejudice.

## NOTICE REGARDING OBJECTIONS TO THIS REPORT AND RECOMMENDATION

If any party objects to this Report and Recommendation ("R&R"), the party may serve and file specific, written objections to it within **FOURTEEN DAYS** after being served with a copy thereof. Fed. R. Civ. P. 72(b). All objections shall specify the portion(s) of the R&R objected to and shall be accompanied by a memorandum of law in support of the objections. The Court may extend the fourteen-day objections period if a timely motion for an extension of time is filed.

A Judge of this Court will make a de novo determination of those portions of the R&R to which objection is made. Upon proper objection, a Judge of this Court may accept, reject, or modify, in whole or in part, the findings or recommendations made herein, may receive further evidence or may recommit this matter to the Magistrate Judge with instructions. 28 U.S.C. § 636(b)(1).

The parties are specifically advised that failure to object to the R&R will result in a waiver of the right to have the District Judge review the R&R de novo, and will also operate as a waiver of the right to appeal the decision of the District Court adopting the R&R. *See Thomas v. Arn*, 474 U.S. 140 (1985); *United States v. Walters*, 638 F.2d 947 (6th Cir. 1981).

April 10, 2023

KAREN L. LITKOVITZ
UNITED STATES MAGISTRATE JUDGE