UNITED STATES DISTICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

TYRICE HILL,

      Plaintiff,

  v.

ANNETTE CHAMBERS-SMITH,

      Defendant.

Case No. 2:23-cv-912
JUDGE EDMUND A. SARGUS, JR.
Magistrate Judge Karen L. Litkovitz

## ORDER

This matter is before the Court for consideration of a Report and Recommendation issued by the Magistrate Judge (ECF No. 2) in which she recommended that the Court:

1. **DENY** Plaintiff's Application to proceed *in forma pauperis*. (Doc. 1).

2. **ORDER** Plaintiff to pay the full $402 filing fee ($350 filing fee, plus $52 administrative fee) required to commence this action, **within thirty days,** and **ADVISE** Plaintiff that his failure to pay the full $402 filing fee within thirty days will result in the dismissal of this action.

3. **CERTIFY** pursuant to 28 U.S.C. § 1915(a)(3) that an appeal of any Order adopting this Report and Recommendation would not be taken in good faith.
Plaintiff.

(Report at 6, ECF No. 2.)

Also for consideration by this Court is the Report and Recommendation issued by the Magistrate Judge (ECF No. 4), wherein she recommended granting the defendant's motion to dismiss (ECF No. 3).

The time for filing objections has passed, and no objections have been filed to either Report and Recommendation. Therefore, the Court **ADOPTS** both Reports (ECF Nos. 2, 4), **DENIES** Plaintiff's application to proceed *in forma pauperis* (ECF No. 1), **GRANTS**

Defendant's Motion to Dismiss (ECF No. 3), and **DISMISSES** this case without prejudice.  The Clerk is **DIRECTED** to **ENTER JUDGMENT** in favor of Defendant and to **CLOSE** this case.

  **IT IS SO ORDERED.**

**8/4/2023**               s/Edmund A. Sargus, Jr.
**DATE**                **EDMUND A. SARGUS, JR.**
                  **UNITED STATES DISTRICT JUDGE**